UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERRY J. NETTLETON, SR., ET AL.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 12-1186** |
| | * | |
| **PLAINS PIPELINE, LP, ET AL.** | * | **SECTION "L"(4)** |

### ORDER AND REASONS

The Court has pending before it Plaintiffs' Motion to Remand (Rec. Doc. 10) and Defendant Plains Pipeline's Motion to Consolidate Cases (Rec. Doc. 12). The Court has reviewed the briefs and the applicable law, and now issues this Order and Reasons.

This case arises out of the same facts as *Gautier v. Plains Pipeline, LP*, No. 12-1064. Like Mr. Gautier, Plaintiffs in this case own oyster bedding ground leases located near Bay St. Elaine. (Compl., Rec. Doc. 1-1 at ¶ 3). Plaintiffs allege that their leases were damaged while Defendant Crain Brothers (hired by Defendant Plains Pipeline) was performing work on the Bay St. Elaine oil pipeline. *Id.* at ¶ 5. Plaintiffs allege that this damage occurred as a result of Defendants' negligence. *Id.* at ¶ 8.

This case is similar to *Gautier* in all material respects. Therefore, the same reasoning applies here. This Court will follow its own previous decision in *Fallon v. OXY USA, Inc.*, No. Civ.A. 00-2049, 2000 WL 1285397 (E.D. La. Sept. 12, 2000) (Fallon, J.).

For the foregoing reasons, as well as those stated in the Order and Reasons denying Plaintiff Gautier's motion to remand, the instant Plaintiffs' motion to remand is DENIED.

IT IS FURTHER ORDERED that Defendant Plains Pipeline's Motion to Consolidate Cases is GRANTED.

New Orleans, Louisiana, this 25th day of July, 2012.

_____

UNITED STATES DISTRICT JUDGE